**SUMITOMO CHEMICAL COMPANY, Ltd. and Valent U.S.A. Corporation, Appellants,**

v.

**INTERNATIONAL TRADE COMMISSION, Appellee,**

and

**Syngenta AG, Syngenta India Ltd., Syngenta Corporation, Syngenta Seeds, Inc., Syngenta Crop Protection, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc., Intervenors.**

No. 2008–1504.

United States Court of Appeals, Federal Circuit.

Oct. 1, 2008.

Arthur B. Wineburg, Akin, Gump, Strauss, Hauer, Washington, DC, for Appellants.

James A. Worth, Wayne W. Herrington, James M. Lyons, U.S. International Trade Commission, Washington, DC, for Appellee.

Barbara Clarke McCurdy, Finnegan, Henderson, Farabow, Washington, DC, for Intervenors.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).